**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSETTA ROSS,<br>Plaintiff<br>v.<br>SPARKS FAMILY HOSPITAL, INC.,<br>Defendant | Case No.: 2:26-cv-03893-APG-EJY<br>**Order** |

The plaintiff filed this action in the unofficial southern division of the court, but the events described in the complaint took place in Washoe County, which is in the unofficial northern division. LR IA 1-6. Under Local Rule LR IA 1-8(a), "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. I direct the clerk of the court to transfer and reopen this matter as a new action under a new docket number in the northern division and to close the action under this docket number, without prejudice to the plaintiffs regarding any limitation period and filing fee.

Dated this 25th day of November, 2026.

ANDREW P. GORDON
Chief United States District Judge